**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CARLTON HARRIS-BEY**                                              **PETITIONER**

**v.**                                                  **No. 4:09CV41-P-S**

**STATE OF MISSISSIPPI, ET AL.**                                       **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's motion to dismiss is **GRANTED**. The instant petition for a writ of *habeas corpus* is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED,** this the 2nd day of February, 2010.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE